IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYLVESTER JENNINGS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 11-584-MJR-SCW |
| CITY OF ALTON, ET AL., | ) ) ) ) |
| Defendants. | ) |

## STIPULATED MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

Now comes Plaintiff, Sylvester Jennings, by his attorney, Thomas O. Falb, of the law offices of Williamson, Webster, Falb & Glisson, and, with the Stipulation and Agreement of the Defendants, hereby voluntarily moves to dismiss, without prejudice, this cause of action and the Defendants agree that this Motion to Dismiss is voluntary and without prejudice to the Plaintiff so that he may re-file suit if he so desires.

SYLVESTER JENNINGS, Plaintiff            CITY OF ALTON, OFFICER SAMUEL J.
                                         RINEY, DET. JARRETT FORD & SGT.
                                         JERALD COOLEY

BY: s/s Thomas O. Falb                   BY: s/s Charles A. Pierce (by consent)
    THOMAS O. FALB - #00768804               Charles A. Pierce
    Williamson, Webster, Falb & Glisson      Pierce Law Firm, P.C.
    603 Henry Street.                        #3 Executive Woods Court, Suite 200
    Alton, IL 62002                          Belleville, IL 62226
    Telephone: (618) 462-1077                Telephone: (618) 277-5599
    Facsimile: (618) 462-1080                Facsimile: (618) 239-6080

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CMECF system which will send notification of such filings to the following:

Charles A. Pierce
PIERCE LAW FIRM, P.C.
#3 Executive Woods Court, Suite 200
Belleville, IL 62226
Attorney for Defendants City of Alton, Officer Samuel J. Riney,
Det. Jarrett Ford & Sgt. Jerald Cooley

Respectfully submitted,

s/s Thomas O. Falb
THOMAS O. FALB - #00768804
Williamson, Webster, Falb & Glisson
Attorneys at Law
603 Henry Street.
Alton, IL 62002