IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYLVESTER JENNINGS, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 11-cv-0584-MJR |
| CITY OF ALTON, PRIVATE FIRST CLASS LUKOWSKI, PRIVATE FIRST CLASS RINEY, DETECTIVE JARRETT FORD and SERGEANT JERALD COOLEY, | ) |
|     Defendants. | ) |

ORDER

REAGAN, District Judge:

On November 17, 2011, Plaintiff Sylvester Jennings and Defendants City of Alton, Officer Samuel Riney, Det. Jarrett Ford and Sgt. Jerald Cooley filed a stipulation to voluntarily dismiss this action without prejudice.

Pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii),** a plaintiff can dismiss a case by filing a stipulation signed by all parties who have appeared. The stipulation is signed by all the parties except Defendant Lukowski who has not yet appeared in this action. Consequently, the parties' stipulation meets the requirements of the Rule.

Accordingly, the Court **DISMISSES** this action **without prejudice**, each party to bear his or its own costs.

IT IS SO ORDERED.

DATED this 17th day of November, 2011

                                                   s/Michael J. Reagan
                                                   MICHAEL J. REAGAN
                                                   United States District Judge